UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAIME S.,

              Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

              Defendant.

_____/

Case No. 2:24-cv-13395

HONORABLE STEPHEN J. MURPHY, III

**ORDER ADOPTING REPORT AND RECOMMENDATION [15], GRANTING COMMISSIONER'S MOTION FOR SUMMARY JUDGMENT [13], AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [11]**

Plaintiff Jaime S. applied for a period of disability and disability insurance, but his application was denied at the administrative level and upon reconsideration in 2022. ECF No. 4-1, PageID.32, 99–100, 108–111. The Administrative Law Judge issued an unfavorable ruling after a hearing, and the Appeals Council denied Plaintiff's request for review in 2024. *Id.* at PageID.32–45; 16–18. Plaintiff appealed the decision here, ECF No. 1, and the Court referred the matter to Magistrate Judge Curtis Ivy, Jr., ECF No. 7. The parties cross-moved for summary judgment. ECF Nos. 11; 13. The Magistrate Judge issued a Report and Recommendation ("Report") suggesting that the Court grant Defendant's motion, deny Plaintiff's motion, and affirm the administrative decision. ECF No. 15.

Federal Rule of Civil Procedure 72(b) governs review of a magistrate judge's report and recommendation. De novo review of the magistrate judge's findings is

1

required only if the parties "serve and file specific written objections to the proposed findings and recommendations." *Id.* at72(b)(2). Because neither party filed objections, de novo review of the Report's conclusions is not required. After reviewing the record, the Court finds that the Magistrate Judge's conclusions are factually based and legally sound. Accordingly, the Court will adopt the Report's findings, grant the Commissioner's motion for summary judgment, and deny Plaintiff's motion for summary judgment.

**WHEREFORE**, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation [15] is **ADOPTED**.

**IT IS FURTHER ORDERED** that the Commissioner's Motion for Summary Judgment [13] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment [11] is **DENIED**.

This is a final order that closes the case.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: March 24, 2026

2